UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:10-21931-CIV-MARTINEZ-WHITE**

OWEN R. FINE,

    Petitioner,

vs.

WALTER McNEIL,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S
## REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Petitioner's pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  The Magistrate Judge filed a Report, recommending that Petitioner's pro se petition be denied.  Specifically, Magistrate Judge White found all but one of Petitioner's claims were time-barred, and Magistrate Judge White found the claim that was not time-barred was without merit.  The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present.  The Court finds that in his objections Petitioner reasserts arguments already thoroughly considered and addressed in Magistrate Judge White's well-reasoned Report.  After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 23)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that

Petitioner's pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is

**DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of April, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Owen Fine